| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 0207 1:18CR00185-14 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Charles Ward<br>1901 Loring Place South, Apartment 2D,<br>Bronx, NY 10453 | Eastern District Of New York | Supervision |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Frederic Block | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/12/2021 — TO 5/11/2024 |

OFFENSE

21 U.S.C. §§ 841 and 841(b)(1)(C), Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Heroin, a class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   New York

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 2-11-2022 | /S/ Frederic Block |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   New York

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |